IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NORMAN LORENZO FEHR,** ) | |
| ID # 0836998, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:20-CV-2367-E-BH |
| ) | |
| **OFFICER BAXTER,** ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation (the Report) in this case (Doc. No. 5). No objections to the Report were filed, and the Report that was mailed to Plaintiff was returned undeliverable. Having reviewed the pleadings, file, and record in this case, including the Report of the United States Magistrate Judge, the Court determines the Findings and Conclusions of the Magistrate Judge are correct and accepts them as those of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED**; signed December 7, 2020.

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**